IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3088 |
| vs. | |
| ALFREDO ASCENCION, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion for Continuance (filing 29) is granted.

2. Defendant Alfredo Ascencion's sentencing is continued to April 22, 2016, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge